MARCELO LEIPZIGER

‹FONTVIEILLE›
1, CHEMIN DE SIMPLEMONT
CH-1005 LAUSANNE
TÉL. 021/312 20 27

Mr. Henry J. LEIR
C/o. CONTINENTAL RESOURCES INC.
641 Lexington Avenue
P.O.Box 5268

NEW YORK, N.Y. 10150
U.S.A.

Lausanne, 1st April 1997

RE.: VENTHONE

Dear Henry,

Please find herewith enclosed:

1) "Acte de Radiation". If you agree, kindly sign and return this document to me for forwarding to Me. Pitteloud, in Sierre.

2) A letter from Regie Antille, Sierre, giving an estimate of the value of the property. I will also address myself to another real estate agent to get a second estimate.

As you know, an agreement is still in place whereby from future inheritance(s), I have to pay U.S.$ 1'250'000.— for the property. Arthur has a copy of this agreement.

With kind regards,

Marcelo