**Notice of Lawsuit and Request for Waiver of Service of Summons**

TO:   MARCELO LEIPZIGER:

      A lawsuit has been commenced against you. A copy of the complaint is attached to this Notice. It has been filed in the United States District Court for the Southern District of New York, and has been assigned docket number 07 CV 5965 (AKH) (DFE).

      This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the costs of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 60 days after the date designated below as the date on which this notice and request is sent. I enclose a Federal Express envelope, prepaid through my firm's account, for your use. An extra copy of the waiver is also attached for your records.

      If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer or move with respect to the complaint before 90 days from the date designated below as the date on which this notice is sent, since your address is not in any judicial district of the United States.

      If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, as authorized by those Rules, ask the court to require you to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

      I affirm that this request is being sent to you on behalf of the plaintiff, this 13th day of July, 2007.

*Terence F. Gilheany*
Signature of Plaintiff's Attorney

Terence F. Gilheany (TG9790)
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000

Effective A/O 12/1/93 in compliance with
Federal Rules of Civil Procedure 4