AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

THE RIDGEFIELD FOUNDATION, INC.,

                Plaintiff,

V.

MARCELO LEIPZIGER,

                Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CV 5965**

Judge Hellerstein

TO: (Name and address of Defendant)
MARCELO LEIPZIGER
Fontvielle
Chemin de Simplemont, 1
CH-1005 Lausanne,
Switzerland

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York  10281

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                              JUN 2 2 2007

CLERK                                                           DATE

(By) DEPUTY CLERK