UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE RIDGEFIELD FOUNDATION, INC., <br><br> Plaintiff, <br><br> -against- <br><br> MARCELO LEIPZIGER, <br><br> Defendant. | Case No. 1:07-cv-5965 (AKH) (DFE) <br><br> **NOTICE OF FILING OF WAIVER OF SERVICE OF SUMMONS** |

TO: CLERK OF THE COURT
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

HOLLAND & KNIGHT LLP
  Attorneys for Defendant
195 Broadway
New York, NY  10007

PLEASE TAKE NOTICE that annexed hereto and filed herewith is a Waiver of Service of Summons duly executed by the defendant herein, Marcelo Leipziger, in compliance with Rule 4 of the Federal Rules of Civil Procedure, and dated July 16, 2007.

Dated: New York, New York
       August 13, 2007

CADWALADER, WICKERSHAM & TAFT LLP
Attorneys for Plaintiff The Ridgefield Foundation, Inc.

By: _Terence F. Gilheany_
    Terence F. Gilheany (TG9790)

One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000

USActive 9831460.1