UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE RIDGEFIELD FOUNDATION, INC.,<br><br>                                      Plaintiffs,<br><br>- against -<br><br>MARCELLO LEIPZIGER<br><br>                                      Defendant. | Case No.1:07-cv-5965 (AKH) (DFE)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK:
                         : SS
COUNTY OF NEW YORK:.

      Owens Ridges, being duly sworn, deposes and says:

      1. I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281.

      2. On the 14th day of August 2007, I served a true and correct copy of the:

- Waiver of Service of Summons
- Notice of Filing of Waiver of Service of Summons

by depositing in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following:

      HOLLAND & KNIGHT LLP
      Attorneys for the Defendant
      195 Broadway
      New York, NY 10007.

                                                        _____
                                                        Owens Ridges Jr.

Sworn to before me on this
14th day of August 2007

_____
Notary Public

JONAH E. PERRY JR.
Notary Public, State of New York
No. 01PE6126103
Qualified in New York County
Commission Expires October 6, 2010