AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | DISTRICT OF | SOUTHERN DISTRICT OF NEW YORK |

THE RIDGEFIELD FOUNDATION, INC.

    Plaintiff,

-against-

MARCELO LEIPZIGER,

    Defendant.

**APPEARANCE**

Case Number: 07 CV 5965 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Marcelo Leipziger

I certify that I am admitted to practice in this court.

September 12, 2007
Date

*(signature)*
Signature

Brian P. Corrigan      (BC 0105)
Print Name      Bar Number

Holland & Knight LLP - 195 Broadway, 24th Floor
Address

New York      NY      10007
City      State      Zip Code

(212) 513-3200      (212) 385-9010
Phone Number      Fax Number