AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT     DISTRICT OF     SOUTHERN DISTRICT OF NEW YORK

THE RIDGEFIELD FOUNDATION, INC.

        Plaintiff,

    -against-

MARCELO LEIPZIGER,

        Defendant.

**APPEARANCE**

Case Number: 07 CV 5965 (AKH)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Marcelo Leipziger

    I certify that I am admitted to practice in this court.

Date: 9/14/07

Signature: [signed]

Charles F. Gibbs            CG2532
Print Name                 Bar Number

Holland & Knight LLP - 195 Broadway, 24th Floor
Address

New York      NY      10007
City             State      Zip Code

(212) 513-3200      (212) 385-9010
Phone Number          Fax Number