# Holland+Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

September 20, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07

BRIAN P. CORRIGAN
Direct Tel.: 212-513-3341
E-mail: brian.corrigan@hklaw.com

**VIA FACSIMILE (212) 805-7942**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

*[Handwritten: Conf. adjourned to Oct. 12, 2007, 9:30 a.m. 9-20-07  A.K. Hellerstein]*

Re: The Ridgefield Foundation, Inc. v. Marcelo Leipziger –
Docket No. 07 CV 5965 (AKH) (DFE)

Dear Judge Hellerstein:

We are the attorneys for defendant Marcelo Leipziger. We write to request an adjournment of the conference scheduled for tomorrow, September 21, 2007 at 9:30 a.m. because the lead attorney for Mr. Leipziger, Charles F. Gibbs, Esq., was injured yesterday and is unable to walk. Mr. Gibbs expects to remain bedridden tomorrow.

There has been one prior request for an adjournment of this conference which the Court granted. The July 24, 2007 letter requesting this prior adjournment, and the Court's granting of same, is enclosed.

We have discussed our request for an adjournment with plaintiff's counsel, Terence F. Gilheany, Esq. of the law firm Cadwalader, Wickersham & Taft LLP and Mr. Gilheany has consented to this request. Counsel for both parties are available on October 12, 2007 if that date is acceptable to the Court.

Respectfully,

Brian P. Corrigan

Enclosure

cc: (by telecopier w/ enc)
Terence F. Gilheany, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6522
Telecopier: (212) 504-6666

# 4806290_v1