HELLERSTEIN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE RIDGEFIELD FOUNDATION INC.,

                Plaintiff,

-against-

MARCELO LEIPZIGER,

                Defendant.

07 Civ. 5965 (AKH) (DFE)

**STIPULATION**

Filed: 10/10/07

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that the time within which the defendant may answer, move or otherwise respond to the summons and complaint herein is hereby extended to and including October 25, 2007.

Dated: New York, New York
       October 4, 2007

CADWALADER, WICKERSHAM & TAFT LLP
*Attorneys for Plaintiff*
*The Ridgefield Foundation, Inc.*

By: *Terence F. Gilheany*
Terence F. Gilheany (TG 9790)

One World Financial Center
New York, New York 10281
Tel:  (212) 504-6000
Fax: (212) 504-6666

HOLLAND & KNIGHT LLP
*Attorneys for Defendant Marcelo Leipziger*

By: *Charles F. Gibbs*
Charles F. Gibbs (CG 2532)

195 Broadway
New York, New York 10007
Tel:  (212) 513-3200
Fax: (212) 385-9010

SO ORDERED: 10-10-07

*Alvin K. Hellerstein*
Hon. Alvin K. Hellerstein

# 4837109_v1