# Holland+Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

October 12, 2007

**BRIAN P. CORRIGAN**
Direct Tel.: 212-513-3341
E-mail: brian.corrigan@hklaw.com

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



10/15/07

Re:  The Ridgefield Foundation, Inc. v. Marcelo Leipziger –
Docket No. 07 CV 5965 (AKH) (DFE)

Dear Judge Hellerstein:

We are the attorneys for defendant Marcelo Leipziger. This letter has been reviewed, commented on, and approved by Terrence F. Gilheany, Esq. of the firm Cadwalader, Wickersham and Taft LLP, attorneys for plaintiff The Ridgefield Foundation, Inc.

Following the Court conference this morning, counsel will engage in discussions with their clients and one another regarding the settlement of this action and advise the Court by letter, on or before October 26, 2007, if a settlement has been reached. If a settlement has not been reached, a settlement conference with the Court will be scheduled.

We write to confirm that as the parties pursue settlement, including through the time of such further conference with the Court as may or may not be necessary, the submission of defendant's answer (presently due on October 25, 2007) shall be held in abeyance.

Respectfully,

Brian P. Corrigan

APPROVED:

_____
Terrence F. Gilheany

SO ORDERED: 10-15-07

_____
Hon. Alvin K. Hellerstein

**Holland & Knight**

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

October 12, 2007

BRIAN P. CORRIGAN
Direct Tel.: 212-513-3341
E-mail: brian.corrigan@hklaw.com

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: The Ridgefield Foundation, Inc. v. Marcelo Leipziger –
         Docket No. 07 CV 5965 (AKH) (DFE)

Dear Judge Hellerstein:

  We are the attorneys for defendant Marcelo Leipziger. This letter has been reviewed, commented on, and approved by Terrence F. Gilheany, Esq. of the firm Cadwalader, Wickersham and Taft LLP, attorneys for plaintiff The Ridgefield Foundation, Inc.

  Following the Court conference this morning, counsel will engage in discussions with their clients and one another regarding the settlement of this action and advise the Court by letter, on or before October 26, 2007, if a settlement has been reached. If a settlement has not been reached, a settlement conference with the Court will be scheduled.

  We write to confirm that as the parties pursue settlement, including through the time of such further conference with the Court as may or may not be necessary, the submission of defendant's answer (presently due on October 25, 2007) shall be held in abeyance.

                  Respectfully,

                  Brian P. Corrigan

APPROVED:

Terrence F. Gilheany

SO ORDERED:

_____
Hon. Alvin K. Hellerstein